NJ 199A   (Rev. 01/09) Order Setting Conditions of Release                                                                                          page 1 of 4

# United States District Court
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NANCY ARMIENTI | ) | Case   13-36 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate any federal, state or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4)   The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

IT IS FURTHER ORDERED THAT:

(5)   The defendant shall be released upon executing a $50,000.00 Unsecured Appearance Bond, binding the defendant to pay that amount to the United States in the event the defendant fails to appear or fails to surrender as directed for service of any sentence imposed.

## Additional Conditions of Release

(6) Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

  (a) Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

  (b) Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents.

  (c) Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

  (d) Mental health testing and/or treatment as directed by Pretrial Services.

  (e) The defendant is prohibited from entering the premises of any gambling establishment. The defendant is to sign voluntary self exclusion from casino gambling and file with the State of New Jersey Division of Gaming Enforcement and provide verification to Pretrial Services within 10 business days.

  (f) Resolve active municipal court warrants and provide verification to Pretrial Services within 10 business days.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

Pittsgrove, N.J 08318
*City and State*

### Directions to the United States Marshal

( x ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 17, 2013

*Judicial Officer's Signature*

Joseph H. Rodriguez, Senior United States District Judge
*Printed name and title*

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

| N/A | NANCY ARMIENTI | R. DAVID WALK, JR. | 856-757-5026 |
|---|---|---|---|
| ARREST DATE | DEFENDANT'S NAME | AUSA | TEL. NO. |

DEFENDANT'S ADDRESS

☐ Petty  ☐ Minor  ☐ Juvenile  ☒ Felony  ☐ Misdemeanor  ☐ HIGH RISK

**Was a Summons issued?** ☒ No  ☐ Yes - If "Yes," Date: _____    ☒ VICTIM CASE
Offense: Tax Evasion
U.S.C. citation: 26 USC § 7201
Where was offense committed? Atlantic County, and elsewhere, New Jersey
Has a complaint previously been filed?  ☒ No  ☐ Yes - If "Yes," Magistrate No. _____

**BAIL** ☐ WAS  ☒ WAS NOT set by _____ in the amount of $____ in the nature of:
☐ Personal Recog.      ☐ Surety Bond        ☐ Full Cash (Cash Only)       13-36
☐ Unsecured Bond       ☐ Collateral
☐ 10% Deposit          ☐ Third Party Custody

**DEFENDANT IS NOT IN CUSTODY** and:
☒ has not been arrested, pending the outcome of this proceeding.
☐ is a FUGITIVE.
☐ is on bail or release from (show District) _____

**DEFENDANT IS IN CUSTODY** at (show Institution) _____
☐ on this charge
☐ on another conviction
☐ awaiting trial on other ☐ FEDERAL ☒ STATE charges
☐ Writ of Habeas Corpus appended
☐ Arrest Warrant requested as detainer

On what date did continuous custody begin on this charge? _____

If arresting agent & warrant were not Federal, what date was defendant transferred to U.S. custody? _____

This defendant/proceeding to be transferred pursuant to **F.R.CR.P. 20, 21, 40** from/to which District? _____

**Is this a prosecution:**

| | MAG/CR. NO. (Circle One) | MAG/JUDGE (Circle One) | YES | NO |
|---|---|---|---|---|
| (1) of charge previously dismissed on motion of [ ] U.S. [ ] Defense? | | | | X |
| (2) after a mistrial? | | | | X |
| (3) after appellate action? | | | | X |
| (4) which supersedes a previous prosecution? | | | | X |
| (5) related to a pending case? | | | | X |

Is any time between arrest and the filing of this information/indictment excludable pursuant to 18 U.S.C. § 3161(h)?
☒ No  ☐ Yes - If "Yes," indicate below:

| (FROM) | (TO) | REASONS FOR EXCLUSION | STATUTORY AUTHORITY |
|---|---|---|---|

Estimated time for trial:     N/A
Defense Counsel's Name:      Richard Coughlin, Esq.
Defense Counsel's Address:   800 Cooper Street, Suite 350
                             Camden, NJ 08102     Tel No. 856-757-5341
Public Defender ☒   CJA ☐   Retained ☐
Interpreter Required? ☒ No  ☐ Yes - If "Yes," which language: _____